UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MARK R. CONTE,
    Plaintiff,

v.                                   Case No.: 3:13cv463/MCR/EMT

WINN DIXIE STORES, INC.,
    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 18, 2014 (doc. 59). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Defendant's Motion to Enforce Settlement (doc. 29) is **GRANTED**.

    3.     Plaintiff is directed to execute and send to Defendant's counsel, within **FOURTEEN (14) DAYS** from the date of this order, a written document which includes Plaintiff's full waiver and release, a confidentiality provision, and a no-rehire provision.

    4.     Within **SEVEN (7) DAYS** from Defendant's receipt of the executed written document described *supra*, Defendant issue payment to Plaintiff in the amount of $3,000.00 and file a notice of settlement with the court.

    **DONE AND ORDERED** this 22nd day of September, 2014.

                                                  *s/ M. Casey Rodgers*
                                                  **M. CASEY RODGERS**
                                                  **CHIEF UNITED STATES DISTRICT JUDGE**